**THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE**

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 80528-2-I |
| | ) | |
| Respondent, | ) | |
| | ) | UNPUBLISHED OPINION |
| v. | ) | |
| | ) | |
| WILLIE BARNES, JR., | ) | |
| | ) | |
| Appellant. | ) | |

PER CURIAM — Willie Barnes appeals the financial obligations imposed following his guilty plea to second degree assault. He contends, and the State concedes, that the court erred in imposing supervision fees because he is indigent, the fees are not mandatory, and the court expressed its intent to waive all non-mandatory financial obligations. Barnes' contention is supported by the record and the decisions in State v. Ramirez, 191 Wn.2d 732, 426 P.3d 714 (2018) and State v. Dillon, 12 Wn. App. 2d 133, 456 P.3d 1199 (2020) (where defendant is indigent and record demonstrates court's intent to waive non-mandatory financial obligations, boilerplate financial obligations should be stricken). We accept the concession of error and remand with directions to strike the supervision fee from the judgment and sentence.